UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KATELYN KIM,<br><br>                    Plaintiff,<br><br>    v.<br><br>HUNTER WARFIELD, INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>                    Defendants. | Case No. 2:24-cv-02140-JCC<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT, AND [PROPOSED] ORDER**<br><br>Note on Motion Calendar: March 10, 2025 |

**STIPULATED MOTION**

Defendant Equifax Information Services, LLC ("Equifax") and plaintiff Katelyn Kim move the Court for an Order extending the deadline for Equifax to answer, plead, or otherwise respond to plaintiff's Complaint, up to and including April 9, 2025.

1. Plaintiff filed this Complaint on December 20, 2024.
2. Equifax was served with the Complaint on January 8, 2025.
3. Equifax's time to respond to the Complaint is currently March 10, 2025.
4. Equifax requests additional time to file its responsive pleading through and including April 9, 2025, so that the parties may engage in settlement negotiations.
5. Plaintiff consent to this motion.
6. The request is made in good faith and not for the purpose of delay.

**STIPULATED MOTION FOR EXTENSION OF TIME AND [PROPOSED] ORDER - 1**
**Case No. 2:24-cv-02140-JCC**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR  97201
(503) 295-3085

7. Equifax respectfully submits that the foregoing circumstances constitute good cause and warrant granting the extension requested.

Wherefore, both parties respectfully request that this Court grant defendant Equifax an extension of time up to and including April 9, 2025, within which to serve its responses to the Complaint.

I certify that this memorandum contains 479 words, in compliance with Local Civil Rule 7(e)(1).

DATED: March 10, 2025.   MARKOWITZ HERBOLD PC

*s/ Jeffrey M. Edelson*

Jeffrey M. Edelson, WSBA #37361
JeffEdelson@MarkowitzHerbold.com
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
*Attorneys for Defendant Equifax Information Services, LLC*

SANDERS LAW GROUP

*s/ Craig B. Sanders*

Craig B. Sanders, WSBA #46986
csanders@sanderslaw.group

*Attorneys for Plaintiff Katelyn Kim*

**STIPULATED MOTION FOR EXTENSION OF TIME AND [PROPOSED] ORDER - 2**
**Case No. 2:24-cv-02140-JCC**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085

**ORDER**

Based upon the foregoing Stipulated Motion for Extension of Time to Answer or Otherwise Plead, the Court hereby ORDERS AND ADJUDGES as follows:

1. The Stipulated Motion is GRANTED and ACCEPTED by the Court.

2. Defendant Equifax Information Services, LLC shall answer or otherwise respond to the Complaint by April 9, 2025.

DATED : _____March 10,_____2025.

_____
HONORABLE John C. Coughenour
U.S. District Judge

Presented by:

*s/Jeffrey M. Edelson*
_____
Jeffrey M. Edelson, WSBA #37361
JeffEdelson@MarkowitzHerbold.com

*Attorney for Defendant Equifax Information Services, LLC*

---

**STIPULATED MOTION FOR EXTENSION OF TIME AND [PROPOSED] ORDER - 3**
**Case No. 2:24-cv-02140-JCC**

**MARKOWITZ HERBOLD PC**
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR  97201
(503) 295-3085

**ATTORNEY CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2025, I electronically filed the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT, AND [PROPOSED] ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Craig B. Sanders<br>SANDERS LAW GROUP<br>333 Earle Ovington Blvd. Suite 402<br>Uniondale NY 11553<br>*Of Attorneys for Plaintiff* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email: csanders@sanderslaw.group<br>☒ Electronically via USDC CM/ECF system |

DATED: March 10, 2025.

       *s/ Jeffrey M. Edelson*
Jeffrey M. Edelson, WSBA #37361
*Attorneys for Defendant Equifax Information Services, LLC*

**STIPULATED MOTION FOR EXTENSION OF TIME AND [PROPOSED] ORDER - 4**
**Case No. 2:24-cv-02140-JCC**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085